Randy Renick [S.B. #179652]
rrr@hadsellstormer.com
Cornelia Dai [S.B. #207435]
cdai@hadsellstormer.com
HADSELL STORMER & RENICK, LLP
128 North Fair Oaks Avenue
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
*Attorneys for Plaintiffs-Appellants*

Joseph B. Farrell (Bar No. 137435)
joe.farrell@lw.com
Yi-Chin Ho (Bar No. 204834)
yichin.ho@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: 213.485.1234
Facsimile: 213.891.8763
*Attorneys for Defendant-Appellee*

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| LYNNE WANG, YU FANG INES KAI, and HUI JUNG PAO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs-Appellants,<br><br>vs.<br><br>CHINESE DAILY NEWS, INC., et al.,<br><br>Defendant-Appellee. | No. 14-56379<br><br>**STIPULATION TO DISMISS APPEAL WITHOUT PREJUDICE** |

The parties, having reached a settlement of the present matter, hereby stipulate that the appeal be dismissed so that jurisdiction may re-vest in the District Court to approve the referenced settlement.

This dismissal shall be without prejudice to any party's reinstating the appeal within twenty eight (28) days of the District Court's Order denying approval of said settlement or any order of this Court reversing the District Court's approval of said settlement.

Dated: February 10, 2015    LATHAM & WATKINS, LLP
Joseph B. Farrell
Yi-Chin Ho


By:  /s/ Joseph B. Farrel
Joseph B. Farrell
*Attorneys for Defendant*
CHINESE DAILY NEWS, INC.

Dated: February 10, 2015    HADSELL STORMER & RENICK, LLP
Randy Renick
Cornelia Dai


By:  /s/ Randy Renick
Randy Renick
*Attorneys for Plaintiffs*
LYNNE WANG, YU FANG INES KAI, HUI JUNG PAO, et al.

STIPULATION TO DISMISS APPEAL WITHOUT PREJUDICE

1

9th Circuit Case Number(s): 14-56379

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************************

### CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) February 10, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format): s/ Randy Renick

*********************************************************************************

### CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format):